IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DONNA RENEE TIPTON | * | |
| | * | |
| v. | * | Civil No. – JFM-11-55 |
| | * | |
| BALTIMORE AMERICAN MORTGAGE, | * | |
| CORPORATION, INC., et al. | * | |

******

MEMORANDUM

Residential Funding Company, LLC ("RFC") and JP Morgan Chase Bank ("JP Morgan") have filed a motion to withdraw this non-core bankruptcy proceeding.

The motion will be granted. The substantive issues in this case are precisely the same as in a set of related cases, including *Fulmore v. Premier Financial Corp.*, No. 1:09-cv-02028, in which I have issued a dispositive opinion as to defendants situated in the same circumstances as RFC and JP Morgan. Thus, it clearly is in the interest of judicial economy that this proceeding be referred to me as well.

Moreover, I have issued an opinion finding that the plaintiffs in *Fulmore* and related cases have no viable claim against entities situated in precisely the same circumstances as RFC and JP Morgan. Accordingly, I will, after conferring with counsel, enter an order dismissing the claims asserted by Plaintiff against them.

February 8, 2011                             /s/
Date                                         J. Frederick Motz
                                             United States District Judge